AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Asheile Foster, ▮▮▮▮▮<br>Darren Foster, ▮▮▮▮▮▮▮<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-00062
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 3/25/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 23, 2026 _____ in the District of _____ Columbia _____
the defendants violated:

*Code Section*                                          *Offense Description*

18 USC 111(a)(1), (b) – Assault on a Federal Officer; 22 DC Code §§ 401, 4502 (Assault With Intent to Kill
While Armed), 4504 (Possession of a Firearm During a Crime of Violence); 22 DC Code 404.01, 4502
(Aggravated Assault While Armed), 4504 (Possession of a Firearm During a Crime of Violence); 22 D.C. Code
402 (Assault with a Dangerous Weapon), 4504 (Possession of a Firearm During a Crime of Violence)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brian McCarthy, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 03/25/2026 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*